USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/24/25___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IMPERATIVE LOGISTICS LLC,

                    **Plaintiff,**

          -against-

OFFSITEK, LLC,

                    **Defendant.**

---

**1:25-cv-05478 (ALC)**

**ORDER FOR DEFAULT JUDGEMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff Imperative Logistics LLC initiated this action by filing its complaint on September 1, 2025. *See* ECF No. 1. Defendant Offsitek, LLC was served on July 9, 2025. *See* ECF No. 6. Defendant has not answered or otherwise responded to the complaint. On September 30, 2025, having obtained a Clerk's Certificate of Default, *see* ECF No. 10, Plaintiff filed a Motion for Default Judgment, *see* ECF Nos. 11–17.

On October 7, 2025, this Court issued an order to show cause as to why default judgment should not be entered against Defendant, including costs for damages, attorneys' fees, pre-judgement interest, and post-judgement interest. ECF No. 18. Defendant was directed to make such showing in writing by October 24, 2025, and was warned that the failure to respond may be grounds for granting default judgement in Plaintiff's favor. ECF No. 18. Defendant has failed to respond.

Accordingly, upon consideration of Plaintiff's Motion for Default Judgement and the failure of Defendant to respond to the Court's order to show cause, the Court hereby **GRANTS** Plaintiff's Motion for Default Judgement. Further, the Court **ORDERS:**

1. Default judgment as to liability for breach of contract be entered against Defendant;
2. Defendant to pay $170,870.99 in damages for breach of contract;
3. Defendant to pay $50,172.50 in attorneys' fees and $405.00 in costs;
4. Defendant to pay pre-judgment interest under CPLR §§ 5001 and 5002;

5.  Defendant to pay post-judgment interest under 28 U.S.C. § 1961; and
6.  That the Court retain jurisdiction over any matter pertaining to this judgment.

**SO ORDERED.**

**Dated**:  **November 24, 2025**
          **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**